

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00459-CV

| | | |
|---|---|---|
| HAACKER CORPORATION, D/B/A FLOOR COVERINGS INTERNATIONAL FLOWER MOUND, Appellant | § | On Appeal from the 342nd District Court |
| | § | of Tarrant County (342-340147-23) |
| V. | | |
| | § | February 22, 2024 |
| COREY NORALS, ALEXIAS NORALS, BEVERLY CROUCH, AND THOMAS CROUCH, Appellees | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM